```
                                                    FILED
                                                March 02, 2011
      UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                    DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 11-0063-EFB |
| Plaintiff, ) | |
| v.          ) | |
| ) | ORDER FOR RELEASE OF |
| STEPHANIE SCHIEFELBEIN, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEPHANIE SCHIEFELBEIN, Case No. MAG. 11-0063-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $10,000.00

    __X__ Signed Unsecured Appearance Bond

    \_\_\_\_ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    \_\_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/2/2011  at  2:33 pm

By  _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge