DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Research and Writing Specialist
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHANIE SCHIEFELBEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 11-00063-EFB |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| STEPHANIE SCHIEFELBEIN ) | Date:  March 29, 2011 |
| Defendant. ) | Time:  2:00 p.m. |
| _____ ) | Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, STEPHANIE SCHIEFELBEIN, by and through her counsel, RACHELLE BARBOUR, that the hearing of March 9, 2011, be vacated and continued for further hearing to March 29, 2011, at 2:00 p.m. for a status conference on a Rule 20 transfer.

This continuance is being requested because defense counsel has spoken with the AUSA in Los Angeles and Mr. Reardon, and the parties intend to request that the case be transferred to Sacramento for entry of plea pursuant to Federal Rule of Criminal Procedure 20.  The parties

1  request time for the case to be resolved, a plea agreement to be
2  written, a misdemeanor information filed, and the Rule 20 paperwork to
3  be prepared and file.
4      To afford time to complete these tasks, the parties agree that
5  speedy trial time be excluded from the date of this order through the
6  date of the hearing set for March 29, 2011 pursuant to
7  18 U.S.C. § 3161(h)(1)(E)[pending transfer from other district](Local
8  Code F).
9  Dated:  March 7, 2011
                                        Respectfully submitted,
10
                                        DANIEL J. BRODERICK
11                                      Federal Defender
12
                                        /s/ Rachelle Barbour
13                                      _____
                                        RACHELLE D. BARBOUR
14                                      Research and Writing Specialist
                                        Attorney for Defendant
15                                      STEPHANIE SCHIEFELBEIN
16
17                                      BENJAMIN B. WAGNER
                                        United States Attorney
18
19 Dated:  March 7, 2011                /s/ Rachelle Barbour for
                                        _____
20                                      KYLE REARDON
                                        Assistant U.S. Attorney
21
22
23 **IT IS SO ORDERED**.
24 Dated: March 8, 2011.
                                        _____
                                        EDMUND F. BRENNAN
25                                      UNITED STATES MAGISTRATE JUDGE
26
27
28