```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Specialist
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    STEPHANIE SCHIEFELBEIN
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     )  Mag. 11-00063-EFB
                                  )
13               Plaintiff,       )
                                  )  STIPULATION AND ORDER
14       v.                       )
                                  )
15  STEPHANIE SCHIEFELBEIN        )  Date:  April 27, 2011
                                  )  Time:  2:00 p.m.
16               Defendant.       )  Judge: Hon. Edmund F. Brennan
                                  )
17  _____)
18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through AUSA KYLE REARDON and SAUSA DAVID STEVENS of the United
21 States Attorney's Office, and defendant, STEPHANIE SCHIEFELBEIN, by and
22 through her counsel, RACHELLE BARBOUR, of the Office of the Federal
23 Defender that the hearing of March 29, 2011, be vacated and continued
24 for further hearing to April 27, 2011, at 2:00 p.m. for a status
25 conference on a Rule 20 transfer.

26      This continuance is being requested because defense counsel has
27 spoken with the AUSAs in Los Angeles and in Sacramento, and the parties
28 intend to request that the case be transferred to Sacramento for entry

of a misdemeanor plea pursuant to Federal Rule of Criminal Procedure 20. The parties request time for the case to be resolved, a plea agreement to be written, a misdemeanor information filed, and the Rule 20 paperwork to be prepared and filed. This will enable the Central District to transfer the case to our district for entry of plea.

To afford time to complete these tasks, the parties agree that speedy trial time be excluded from the date of this order through the date of the hearing set for April 27, 2011 pursuant to 18 U.S.C. § 3161(h)(1)(E)[pending transfer from other district](Local Code F).

Dated: March 25, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE D. BARBOUR
Research and Writing Specialist
Attorney for Defendant
STEPHANIE SCHIEFELBEIN


BENJAMIN B. WAGNER
United States Attorney

Dated: March 25, 2011        /s/ Rachelle Barbour for
_____
KYLE REARDON
Assistant U.S. Attorney
DAVID STEVENS
Sp. Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 28, 2011

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

Stip & Order/Schiefelbein            -2-