FILED

APR -7 2011


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Atorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   STEPHANIE SCHIEFELBEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ S. 11-0063-EFB |
| Plaintiff, | |
| v. | STIPULATION/ORDER TO REMOVE PRETRIAL SUPERVISION |
| STEPHANIE SCHIEFELBEIN, | |
| Defendant. | |

On March 2, 2011, Ms. Schiefelbein made her first appearance in this Court on a felony complaint filed in the Central District of California. Ms. Schiefelbein was released on pretrial services supervision and an unsecured bond. The matter was continued for the parties to discuss a Rule 20 transfer to our district. Defense counsel has spoken with the AUSA in the Central District who has indicated that she intends to resolve this case as a misdemeanor. The case has been referred to the Misdemeanor Unit of the Eastern District U.S. Attorney's Office, and the parties are formulating a misdemeanor plea

agreement and Rule 20 transfer.

The Pretrial Services Office believes that - based on the likelihood of a misdemeanor resolution - its resources could be better spent on felony cases, and requested that the parties file this stipulation to remove Ms. Schiefelbein from pretrial services supervision.

Accordingly, the parties hereby stipulate and agree that the Court remove pretrial services supervision from Ms. Schiefelbein. The parties ask that the Court strike the special conditions of release imposed on March 2, 2011, exonerate the unsecured appearance bond posted that date, and order Ms. Schiefelbein's passport returned to her. A proposed order is attached for the Court's convenience. Pretrial Services Officer Steve Sheehan has reviewed this stipulation and order, and concurs with this request.

Dated: April 7, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Attorney for Defendant
STEPHANIE SCHIEFELBEIN

BENJAMIN WAGNER
United States Attorney

/s/ David Stevens
(per email authorization)
_____
DAVID STEVENS
Special Assistant U.S. Attorney

O R D E R

Ms. Schiefelbein is hereby removed from the supervision of the pretrial services office. All pretrial conditions relating to that supervision are hereby stricken. This includes the special conditions of release imposed March 2, 2011. The unsecured appearance bond of March 2, 2011 is exonerated. The Clerk's Office is directed to return Ms. Schiefelbein's passport to her by sending it to the Federal Defender's Office, in care of her attorney who will forward it to her.

SO ORDERED

Dated: 4/7/11

Honorable Dale A. Drozd
United States Magistrate Judge

3