```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE D. BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    STEPHANIE SCHIEFELBEIN
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. 11-00063-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| STEPHANIE SCHIEFELBEIN | ) Date:  May 25, 2011 |
| | ) Time:  2:00 p.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through AUSA KYLE REARDON and SAUSA DAVID STEVENS of the United States Attorney's Office, and defendant, STEPHANIE SCHIEFELBEIN, by and through her counsel, RACHELLE BARBOUR, of the Office of the Federal Defender that the hearing of April 27, 2011, be vacated and continued for further hearing to May 25, 2011, at 2:00 p.m. for a status conference on a Rule 20 transfer.

This continuance is being requested because defense counsel has spoken with the AUSAs in Los Angeles and in Sacramento, and the parties are completing paperwork to request that the case be transferred to

1  Sacramento for entry of a misdemeanor plea pursuant to Federal Rule of
2  Criminal Procedure 20.  The parties request time for the case to be
3  resolved, a plea agreement to be written, and the Rule 20 paperwork to
4  be signed and filed.  This will enable the Central District to transfer
5  the case to our district for entry of plea.
6      To afford time to complete these tasks, the parties agree that
7  speedy trial time be excluded from the date of this order through the
8  date of the hearing set for May 25, 2011 pursuant to
9  18 U.S.C. § 3161(h)(1)(E)[pending transfer from other district](Local
10 Code F).
11 Dated:  April 25, 2011
                                    Respectfully submitted,
12
                                    DANIEL J. BRODERICK
13                                  Federal Defender
14
                                    /s/ Rachelle Barbour
15                                  _____
                                    RACHELLE BARBOUR
16                                  Research and Writing Attorney
                                    Attorney for Defendant
17                                  STEPHANIE SCHIEFELBEIN
18

19                                  BENJAMIN B. WAGNER
                                    United States Attorney
20
21 Dated:  April 25, 2011           /s/ Rachelle Barbour for
                                    _____
22                                  DAVID STEVENS
                                    Sp. Assistant U.S. Attorney
23
24 **IT IS SO ORDERED**.
25 Dated:  April 25, 2011.
                                    _____
26                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
27
28

Stip & Order/Schiefelbein          -2-