```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    STEPHANIE SCHIEFELBEIN
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  Mag. 11-00063-EFB
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER
14       v.                      )
                                 )
15  STEPHANIE SCHIEFELBEIN       )  Date:  June 22, 2011
                                 )  Time:  2:00 p.m.
16              Defendant.       )  Judge: Hon. Edmund F. Brennan
                                 )
17  _____)
18
```

19     It is hereby stipulated and agreed to between the United States of
20  America through SAUSA DAVID STEVENS of the United States Attorney's
21  Office, and defendant, STEPHANIE SCHIEFELBEIN, by and through her
22  counsel, RACHELLE BARBOUR, of the Office of the Federal Defender that
23  the hearing of May 25, 2011, be vacated and continued for further
24  hearing to June 22, 2011, at 2:00 p.m. for a status conference on a
25  Rule 20 transfer.
26     This continuance is being requested because the parties have
27  executed Rule 20 transfer documents, which were filed May 13, 2011 in
28  the Central District of California.  The case has not yet been received

1 in the Eastern District.  The parties anticipate that when the case has
2 been docketed in the Easter District, the parties will request that it
3 be placed on calendar for entry of a misdemeanor plea.
4     To afford time to finalize the transfer, the parties agree that
5 speedy trial time be excluded from the date of this order through the
6 date of the hearing set for June 22, 2011 pursuant to
7 18 U.S.C. § 3161(h)(1)(E)[pending transfer from other district](Local
8 Code F).
9 Dated:  May 24, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    STEPHANIE SCHIEFELBEIN



                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 24, 2011                 /s/ Rachelle Barbour for
                                    _____
                                    DAVID STEVENS
                                    Sp. Assistant U.S. Attorney


**IT IS SO ORDERED**.

Dated: May 24, 2011.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

Stip & Order/Schiefelbein           -2-