1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   STEPHANIE SCHIEFELBEIN
7
8
9                IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,       ) Mag. 11-00063-EFB
                                   )
13                 Plaintiff,      )
                                   ) STIPULATION AND ORDER
14      v.                         )
                                   )
15 STEPHANIE SCHIEFELBEIN          ) Date:  July 20, 2011
                                   ) Time:  2:00 p.m.
16                 Defendant.      ) Judge: Hon. Gregory G. Hollows
                                   )
17 _____ )
18
19      It is hereby stipulated and agreed to between the United States of
20 America through SAUSA DAVID STEVENS of the United States Attorney's
21 Office, and defendant, STEPHANIE SCHIEFELBEIN, by and through her
22 counsel, RACHELLE BARBOUR, of the Office of the Federal Defender that
23 the hearing of June 22, 2011, be vacated and continued for further
24 hearing to July 20, 2011, at 2:00 p.m. for a status conference.
25      This continuance is being requested because the case has recently
26 been transferred to the Court.  The parties need additional time to
27 reach a plea agreement and present it to the Court.  Defense counsel
28 requires additional time to discuss a plea agreement with Ms.

1  Schiefelbein.  The transferred case is a Class B misdemeanor, so the
2  speedy trial act does not apply.
3  Dated:  June 17, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
STEPHANIE SCHIEFELBEIN


BENJAMIN B. WAGNER
United States Attorney

Dated: June 17, 2011                /s/ Rachelle Barbour for
_____
DAVID STEVENS
Sp. Assistant U.S. Attorney

**IT IS SO ORDERED**.

Dated: June 20, 2011.
_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE