DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHANIE SCHIEFELBEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. 11-00063-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| STEPHANIE SCHIEFELBEIN | ) Date:  August 18, 2011 |
| | ) Time:  2:00 p.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

    It is hereby stipulated and agreed to between the United States of America through SAUSA DAVID STEVENS of the United States Attorney's Office, and defendant, STEPHANIE SCHIEFELBEIN, by and through her counsel, RACHELLE BARBOUR, of the Office of the Federal Defender that the hearing of July 20, 2011, be vacated and continued for further hearing to August 18, 2011, at 2:00 p.m. for change of plea and sentencing.

    This continuance is being requested because the case has recently been transferred to the Court. The parties need additional time to finalize a plea agreement and present it to the Court in advance of the

1  change of plea hearing.  The parties also request that Ms. Schiefelbein
2  be sentenced at the next hearing after her entry of guilty plea.  The
3  transferred case is a Class B misdemeanor, so the Speedy Trial Act does
4  not apply.

5  Dated:  July 18, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
STEPHANIE SCHIEFELBEIN


BENJAMIN B. WAGNER
United States Attorney

Dated: July 18, 2011          /s/ Rachelle Barbour for
_____
DAVID STEVENS
Sp. Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: July 20, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE